# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00219-CV

**Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, and Audi of America, LLC, Appellants**

**v.**

**State of Texas and Texas Commission on Environmental Quality, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-000370, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal pending documentation of a settlement-in-principle to resolve all claims among the parties. We grant the motion and abate the appeal. The parties are ordered to file either a motion to dismiss or a status update no later than September 30, 2023. Failure to do so may result in dismissal of the appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated

Filed: May 23, 2023